UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
WALTERS, LACY D

Debtor(s)

CASE NO. 08-23375
Chapter 7

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

Comes now Gordon E. Gouveia, Trustee, and respectfully shows the Court as follows:

1. That on February 26, 2010, the Trustee filed his Final Report.

2. That on March 23, 2010, the Trustee disbursed funds, pursuant to the Distribution Summary filed with the Final Report.

3. One of said checks, namely Check No ,105 dated March 23, 2010, in the amount of $ 62.06 was mailed to the payee thereof, namely Community Hospital, P. O. Box 3602, Munster, IN 46321; said check has never been cashed nor has the check been returned and is now over the 90 day limit and is therefore stale; pursuant to §347 of the Bankruptcy Code all unclaimed monies should be made payable to the Court; and accordingly I am tendering herewith my Check No. 10110 in said amount payable to the Clerk, U.S. Bankruptcy Court.

**WHEREFORE,** the Trustee, Gordon E. Gouveia, prays this Court for authorization to deposit the sum of $62.06 into he Treasury Fund 6047BK, on behalf of said creditor/debtor(s) and for all other just and proper relief.

/s/ Gordon E. Gouveia
GORDON E. GOUVEIA
GOUVEIA & ASSOCIATES
433 W. 84TH DRIVE
MERRILLVILLE, IN 46410
Telephone: (219)736-6020

### CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
Joanne Baitup, 101 E. 90th Drive, Suite C, Merrillville, IN 46410
Community Hospital, P. O. Box 3602, Munster, IN 46321

Dated: 7/6/10

/s/Gordon E. Gouveia
Gordon E. Gouveia, Trustee